United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-14886-amc

Amanda M. Connelly Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Apr 09, 2021 Form ID: 318 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda M. Connelly, 300 Mulberry Street, Bristol, PA 19007-4902 |
| 14572904 | + | Arcadia, POB 6768, Wyomissing, PA 19610-0768 |
| 14572908 | + | Ccs/first National Ban, 500 East 60th St North, Sioux Falls, SD 57104-0478 |
| 14572912 | + | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 14572914 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14572917 | + | New Falls Dental Group, 7419 New Falls Road, Levittown, PA 19055-1008 |
| 14572918 | + | Synergy Orthopedics, 920 Germantown PIke, Suite 210, Plymouth Meeting, PA 19462-7401 |
| 14572919 | + | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2021 02:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 10 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 10 2021 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14572903 | + | EDI: GMACFS.COM | Apr 10 2021 03:23:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14575731 | | EDI: BANKAMER.COM | Apr 10 2021 03:23:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14572905 | + | EDI: CAPITALONE.COM | Apr 10 2021 03:23:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14572906 | + | EDI: PHINGENESIS | Apr 10 2021 03:23:00 | Cb Indigo/gf, Po Box 4499, Beaverton, OR 97076-4499 |
| 14572907 | + | EDI: WFNNB.COM | Apr 10 2021 03:23:00 | Cb/vicscrt, Po Box 182789, Columbus, OH 43218-2789 |
| 14572909 | + | EDI: WFNNB.COM | Apr 10 2021 03:23:00 | Comenitybank/justice, Po Box 182789, Columbus, OH 43218-2789 |
| 14572910 | + | EDI: WFNNB.COM | Apr 10 2021 03:23:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14572911 | + | EDI: WFNNB.COM | Apr 10 2021 03:23:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14572913 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Apr 10 2021 02:20:37 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14572915 | + EDI: AMINFOFP.COM | Apr 10 2021 03:23:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14572916 | + EDI: IIC9.COM | Apr 10 2021 03:23:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14572920 | + EDI: BLUESTEM | Apr 10 2021 03:23:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BONNIE B. FINKEL | finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| JOHN M. KENNEY | on behalf of Debtor Amanda M. Connelly jken330@comcast.net Kathy@jkenneylaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Amanda M. Connelly<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3463 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | |
| Case number: | 20–14886–amc | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amanda M. Connelly

4/8/21

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**